|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAR 28 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

BENANCIO GARCIA III,

    Plaintiff - Appellant,

 v.

STEVEN HOBBS, in his official capacity as Secretary of State of Washington and STATE OF WASHINGTON,

    Defendants - Appellees.

No. 24-2603

D.C. No. 3:22-cv-05152-RSL-DGE-LJCV
Western District of Washington, Tacoma

ORDER

Before: McKEOWN, GOULD, and OWENS, Circuit Judges.

    Submission of this case is vacated pending this court's resolution of *Palmer, et al. v. Trevino, et al.*, Nos. 23-35595 & 24-1602. The Clerk shall administratively close this docket. After the court issues its decision in *Palmer, et al. v. Trevino, et al.*, the Clerk will reopen this docket. No mandate shall be issued, and this order does not constitute a dismissal or other ruling on the merits of this case. The proceedings shall remain in abeyance pending further order of this court.